Filed 12/6/23  P. v. Woodward CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>DANIEL HEATH WOODWARD,<br><br>    Defendant and Appellant. | C098131<br><br>(Super. Ct. No. 06F10109) |

Appointed counsel for defendant Daniel Heath Woodward filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  Finding no arguable errors that would result in a disposition more favorable to defendant, we will affirm the judgment.

BACKGROUND

In 2009, defendant was convicted on two counts of committing a lewd act on a child (Pen. Code, § 288, subd. (a)) and the allegation he committed the offense against

1

more than one victim was found true. Accordingly, the trial court sentenced defendant to consecutive terms of 15 years to life.

In February 2023, the Department of Corrections and Rehabilitation (Department) moved the trial court to recall defendant's sentence and be granted compassionate release pursuant to Penal Code section 1172.2. The People objected to the Department's recommendation. On March 2, 2023, the trial court found defendant did not meet the criteria for compassionate release and denied the motion to recall defendant's sentence.

Defendant appeals from this order.

## DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court review the record and determine whether there are any arguable issues on appeal. (*People v. Wende*, *supra*, 25 Cal.3d at p. 436.) Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Though *Wende* requirements generally "do not apply to an appeal from the denial of postconviction relief," we have exercised our discretion to conduct an independent review of the record. (*People v. Delgadillo* (2022) 14 Cal.5th 216, 226, 232.) We find no arguable errors that are favorable to defendant. Accordingly, we will affirm the trial court's order.

## DISPOSITION

The order denying defendant's motion to recall his sentence is affirmed.

$\qquad$ /s/ $\qquad$
Keithley, J.*

We concur:

$\qquad$ /s/ $\qquad$
Hull, Acting P. J.

$\qquad$ /s/ $\qquad$
Renner, J.

---

\*     Judge of the Butte County Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

3